IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT E. HEGGESTAD, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 00-1960-3448 (TFH) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| and | ) |
| UNITED STATES DEPARTMENT OF JUSTICE TAX DIVISION, | ) |
| Defendant. | ) |

**FILED**

FEB 0 9 2001

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

### ORDER

On motion of the Defendant, for an enlargement of time, until February 16, 2001, to file a joint status report; and it appearing that this motion for enlargement of time is presented without objection

it is, hereby,

ORDERED that the Defendant's motion is, in all of its terms, hereby, GRANTED; and it is further specifically

ORDERED that the parties have until February 16, 2001 to file a joint status report.

SO ORDERED:

Feb 8, 2001

_____
UNITED STATES DISTRICT JUDGE

Michael A. Humphreys
Assistant U.S. Attorney
Civil Division
Fourth Floor
555 Fourth St., N.W.
Room 10-812
Washington, D.C.
        20001

Robert E. Heggestad
Heggestad & Weiss
1320 19th St., N.W.
Suite 600
Washington, D.C.
        20036