IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT E. HEGGESTAD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 00-1960 (TFH) |
| ) | - 3448 |
| ) | |
| **FEDERAL BUREAU OF** ) | |
| **INVESTIGATION** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

FILED

MAR 29 2001

NANCY MAYER WHITTINGTON CLERK
U S DISTRICT COURT

## STIPULATED ORDER OF DISMISSAL

COME NOW, the parties: the plaintiff, by and through his counsel, Robert E. Heggestad, and the, defendant, Federal Bureau of Investigation, by and through the United States Attorney for the District of Columbia, and hereby, stipulate and agree, that the parties have amicably, and extra-judicially, resolved their differences in the above-captioned case; and, as such, they do, hereby, stipulate and agree that such action shall be dismissed against the defendant, Federal Bureau of Investigation, with prejudice.

_____
ROBERT E. HEGGESTAD
Heggestad & Weiss
1320 19th St., N.W.
Suite 600
Washington, D.C.
20036
For the Plaintiff

13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Stipulation has been made by mailing a copy, thereof, to Plaintiff's counsel:

Robert E. Heggestad
Heggestad & Weiss
1320 19th St., N.W.
Suite 600
Washington, D.C.
       20036

on this 16th day of March, 2001.

                                        MICHAEL A. HUMPHREYS
                                      Assistant United States Attorney
                                      Judiciary Center - Room 10-812
                                      555 4th Street, N.W.
                                      Washington, D.C.  20001
                                      (202) 514-7238

*[signature]*
WILMA A. LEWIS
United States Attorney
D.C. Bar No. 358637


*[signature]*
MARK E. NAGLE
Assistant United States Attorney
D.C. Bar No. 416364


*[signature]*
MICHAEL A. HUMPHREYS
Assistant United States Attorney
D.C. Bar No. 383353
555 Fourth St, Bryan Chapman
Suite 10-812
Washington, D.C. 20001
(202) 514-7238


## **O R D E R**

It appearing that the foregoing stipulation of dismissal was voluntarily entered into by all the relevant parties; and it further appearing that the stipulated dismissal is in all of its terms consistent with law, now, therefore, it is, hereby,

ORDERED, ADJUDGED and DECREED, that the foregoing stipulation, is formally adopted as an ORDER of this Court and that consistent with that Stipulation the above captioned matter is, hereby, dismissed with prejudice; and it is further

ORDERED, ADJUDGED and DECREED, that each party shall bear their respective costs and fees of this action.

SO ORDERED:

*March 27, 2001*

_____
UNITED STATES DISTRICT JUDGE

Robert E. Heggestad
Heggestad & Weiss
1320 19th St., N.W.
Suite 600
Washington, D.C.
      20036

Michael A. Humphreys
Assistant U.S. Attorney
555 4th St., N.W.
!0th Fl.
Washington, D.C.
      20001

3